AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>BRAD HIRSH,<br><br>Defendant(s) | Case No.  24-MJ-6473-PMH |

FILED BY __R.P.B.__ D.C.
Oct 1, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 30, 2024, through September 28, 2024,  in the county of  Broward  in the
Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a)<br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2252A(a)(2)<br>18 U.S.C. § 2252A(a)(3)(B) & (b)(1) | Attempted production of child pornography<br>Attempted enticement of a minor<br>Attempted receipt of child pornography<br>Solicitation of child pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

_____
Complainant's signature
Joshua Youngblood, Special Agent FBI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  FaceTime

Date:  10/01/2024

_____
Judge's signature

City and state:  Fort Lauderdale, Florida   Honorable Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Joshua Youngblood, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since April of 2022. I currently serve as part of the Crimes Against Children Group and the FBI Child Exploitation Task Force in the FBI's Miami Field Office. My duties include the investigation of crimes involving the sexual exploitation of minors, including the sex trafficking and commercial trafficking of minors, and the possession and production of child pornography. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations and I have executed search warrants that have led to seizures of child pornography and undercover operations to recover juvenile victims of sex trafficking. Prior to joining the FBI, I served as a police officer with the Arlington Police Department for approximately six years.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Title 18, United States Code, Sections 1591, 2422, 2423, 2251, and 2252, *et seq*.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that Brad Hirsh has committed violations of Title 18, United States Code, Sections 2251(a) (Attempted Production of Child Pornography), 2422(b) (Attempted Enticement of a Minor), 2252A(a)(2) (Attempted Receipt of Child Pornography), 2252A(a)(3)(B) and (b)(1) (Solicitation of Child

Pornography). The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. On or about April 30, 2024, an FBI employee acting in an undercover capacity (Online Covert Employee, hereafter "OCE") purporting to be a 13-year-old female was contacted on social media and messaging application Chat Hour by user "Brad2024." As outlined below, "Brad2024" has been identified as Brad Adam Hirsh ("HIRSH"), with a date of birth of November 1, 1962. HIRSH sent a direct message to the OCE stating that the OCE looked like she was 16 years old. The OCE told HIRSH that she was actually 13 years old, and HIRSH replied, "even better." HIRSH advised that he was 61 years old. From this point on, the conversations between the OCE and HIRSH (which occurred in the Southern District of Florida) were predominantly sexual.

5. On or about April 30, 2024, OCE continued to chat with HIRSH through Chat Hour. HIRSH advised that he wanted to see the OCE's body, and he requested the OCE send him a picture to email address bhirsh110162@gmail.com. The OCE emailed a picture to HIRSH. HIRSH sent a picture of himself with a dog which matched the profile photo on Chat Hour. HIRSH provided his phone number, ending in 7422, and HIRSH and the OCE transitioned from the messaging app to text messaging.

6. On April 30, 2024, a subpoena was served on T-Mobile requesting subscriber information for the phone number ending in 7422. T-Mobile provided results indicating the subscriber was Brad Hirsh, with a listed address on Poinciana Court in Miami Lakes, Florida.

7. A query of the Florida Department and Vehicle Information Database for Brad Hirsh yielded an individual with a date of birth in November of 1962, with a listed address at the same location on Poinciana Court in Miami Lakes as contained in the T-Mobile records. The driver's license picture of HIRSH matched the pictures that HIRSH sent to the OCE.

8. During the text message conversation on or about April 30, 2024, the OCE reiterated their purported age of thirteen to HIRSH, and HIRSH inquired about the OCE's sexual interests and suggested a sexual activity they could engage in, as follows:

| Sender | Message |
|---|---|
| HIRSH | What would you wanna try?<br>Yes |
| OCE | Me try? |
| HIRSH | Sexually<br>You said you sucked a guy |
| OCE | Oh yeah |
| HIRSH | Lol |
| OCE | I dunno cause that's all I done |
| HIRSH | Did he lick you |
| OCE | No |
| HIRSH | [Sends picture of himself]<br><br>Aww I would |
| OCE | U really hot |
| HIRSH | Aww ty |
| OCE | Yeah I haven't done lot<br>Is that bad |
| HIRSH | No<br>I can teach you |
| OCE | Lol<br>Like what |

3

| Sender | Message |
|---|---|
| HIRSH | How it feels to have your pussy licked |

9. Later in the conversation, HIRSH discussed previously chatting with minors online and engaging in phone sex/cyber sex. HIRSH then discussed meeting the OCE at the Broward Mall to engage in sexual activities:

| Sender | Message |
|---|---|
| HIRSH | We can play in the mall parking lot lol |
| OCE | Make up a story that I'm going to friends house<br><br>Play? |
| HIRSH | Mmm yes |
| OCE | What kind of play |
| HIRSH | Kiss and touch eachother |
| OCE | Ok |
| HIRSH | Maybe get a hotel room |
| OCE | Yeah |
| HIRSH | We can get naked |
| OCE | Ok |
| HIRSH | I wanna see you naked |
| OCE | U will lol |
| HIRSH | Mmm |
| ………….. | …………………………………………………. |
| HIRSH | So when we do have sex would I need a condom |
| OCE | Probably cause I can't get pregnant |
| HIRSH | Mmm ok |

| OCE | Cause my parents would kill me |
|---|---|
| **HIRSH** | And send me to jail |
| OCE | Yea lol |
| **HIRSH** | Lol |
| OCE | Yep so yeah condom |
| **HIRSH** | Ok lol<br><br>Would you wanna try anal |
| OCE | Would that hurt |
| **HIRSH** | Till I stretch it open foe few minutes it will |

10.  Later in the same conversation, HIRSH sent the OCE a picture of his erect penis.

11.  On or about May 1, 2024, during a text conversation, HIRSH suggested that he could make a child pornographic video of the OCE and then help the OCE make money by selling the video.

12.  On or about May 6, 2024, HIRSH was texting with the OCE and requested to see her naked. The OCE sent a picture depicting a female in her underwear covered by a blanket. HIRSH responded to the picture by stating, "Mmm."

13.  On or about May 13, 2024, an undercover officer from a local police department (OFFICER) posing as the OCE had a recorded telephone conversation with HIRSH via his phone number ending in 7422. During the conversation, HIRSH made comments that he saw the OCE's pictures from the previous messages they exchanged on the messaging app. HIRSH then made the comment, "I love a thirteen-year-old body. It turns me on." During the conversation, HIRSH described how he liked the picture of the OCE in their underwear that was sent to him on May 6, 2024. HIRSH subsequently requested the OFFICER send him a picture of herself without underwear.

5

14. On May 24, 2024, the OFFICER and HIRSH had a second recorded phone call. During the recorded phone call, HIRSH described how he would view child pornography, but delete it after he viewed the content. HIRSH also discussed filming pornographic movies with the OFFICER. HIRSH told the OFFICER if they filmed pornographic films together then they would have to keep it private. Finally, HIRSH discussed how he was exchanging nude photographs with a twelve-year-old through Google Chat, but the twelve-year-old was removed from the platform.

15. On May 30, 2024, HIRSH told the OCE he made a video of himself masturbating and requested a video of the OCE masturbating. The OCE asked HIRSH what he wanted to see in the video and HIRSH replied, "Just be naked playing with your pussy." Additionally, HIRSH requested nude photographs of the OCE on July 19, 2024, and July 22, 2024.

16. On July 31, 2024, HIRSH told the OCE he would record a video of himself masturbating and send it to the OCE. HIRSH requested the OCE create and send him a video of the OCE masturbating in return. The following day, HIRSH sent a video of himself masturbating and asked the OCE if she liked it. The OCE replied in the affirmative.

17. HIRSH then asked for the OCE to send him the video of her masturbating and the OCE sent a corrupted link purporting to be that video. HIRSH then responded by saying the video would not play for him and asked the OCE to send it again. The OCE sent the same corrupted link and HIRSH replied that it still did not work.

18. HIRSH sent a screenshot of the error page that appeared after he tried to access the link containing the purported child pornographic video. After HIRSH was unable to access the purported video, HIRSH requested the OCE make another similar video on her phone or take a "full nude" photo of herself on her side with her legs open.

19. HIRSH continued to communicate with the OCE throughout September 2024.

20.     On September 28, 2024, HIRSH texted the OCE asking if she still had the video of him masturbating. When the OCE said she still had it, HIRSH told her to delete it, "just in case mom goes through" her phone. HIRSH then texted the OCE "I like your tits" and said that she never sent the "naked pic" she promised to send him. The OCE said it was because her mom had her phone, and HIRSH replied, "you have it now," suggesting that she should now send him a picture of her naked.

21.     Throughout the OCE's communications with HIRSH, the OCE was in Broward County. Additionally, during some of the aforementioned communications with HIRSH, HIRSH stated that he was at work at an ABC liquor store in Broward County.

## CONCLUSION

Based on the foregoing, I respectfully submit there is probable cause to arrest Brad Hirsh on violations of Title 18, United States Code, Sections 2251(a) (Attempted Production of Child Pornography) 2422(b) (Attempted Enticement of a Minor), 2252A(a)(2) (Attempted Receipt of Child Pornography), 2252A(a)(3)(b) and (b)(1) (Solicitation of Child Pornography).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

_____
Joshua Youngblood, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me telephonically (FaceTime) this __1st__ day of October, 2024 in Fort Lauderdale, Florida.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE